**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Sean Robert Kelly, Petitioner.

Appellate Case No. 2018-000029

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From York County
John C. Hayes, III, Circuit Court Judge

---

Opinion No. 2019-MO-013
Heard March 6, 2019 – Filed March 13, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Heath Preston Taylor, of Taylor Law Firm, LLC, of West Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Assistant Senior Attorney General William M. Blitch, Jr., both of Columbia, and Kevin Scott Brackett, of York, all for Respondent.

**PER CURIAM:**   We issued a writ of certiorari to review the court of appeals' decision in *State v. Kelly*, Op. No. 2017-UP-391 (S.C. Ct. App. filed Oct. 18, 2017).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**